UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIVINE FREDERICKS,

                    Petitioner,

    -against-

MARK J. MILLER, Superintendent of Green
Haven C.F.,

                    Respondent.

25-CV-7336 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court has received a letter from Petitioner dated January 13, 2026, asking about the status of a "motion to expand the record." (ECF, 15, Letter.) The Court has not received any motions from Petitioner. The only other correspondence received from Petitioner was a letter dated October 14, 2025, asking for a copy of the docket sheet in this matter. (ECF 10, Letter.) The docket sheet was sent to Petitioner on November 13, 2025. If Petitioner wants to make a motion to expand the record, Petitioner will need to send another copy of the motion to the Court.

Dated: January 28, 2026
      New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**