UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIVINE FREDERICKS,

                Petitioner,

    -against-

MARK J. MILLER, Superintendent of Green
Haven C.F.,

                Respondent.

25-CV-7336 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court has now received Petitioner's motion to enlarge the record (ECF 18). The

motion is granted, and the documents at ECF 19 are now part of the record in this matter. The

Clerk of Court is respectfully requested to terminate ECF 18 and to mail a copy of this order to

petitioner.

Dated: February 2, 2026
      New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**